UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(STATESVILLE)



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:01-cr-00006-RLV-1 |
| ) | |
| JEROME LEE BORDERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER AUTHORIZING AND DIRECTING RELEASE OF
DOCUMENTS AND RECORDS TO PRO BONO
COUNSEL FOR DEFENDANT JEROME LEE BORDERS

Upon the motion of Laura C. Miller and Alfred S. Lurey of the law firm, Kilpatrick Townsend & Stockton LLP (collectively, "Pro Bono Counsel"), as counsel for Defendant Jerome Lee Borders (the "Defendant") in connection with Clemency Project 2014, seeking (i) the release of certain documents necessary for an evaluation of the Defendant's qualification for commutation of sentence and for preparation, if appropriate, of the documents required to be submitted in the process of applying for commutation of sentence, and (ii) related relief; and it appearing that good cause exists for granting the motion, **it is hereby Ordered, pursuant to Local Criminal Rule 32.3, that:**

(1) the United States Probation Office for the Western District of North Carolina is authorized and directed to release to Pro Bono Counsel a copy of the Presentence Investigation Report with respect to the Defendant and any objections or amendments thereto;

(2) the Office of the Clerk of the United States District Court for the Western District of North Carolina is authorized and directed to release to Pro Bono Counsel copies of the

following documents with respect to the Defendant, including any such documents that were filed under seal:

    (a)    the Judgment of Conviction with Statement of Reasons (including any corrected or amended judgment);

    (b)    the Charging Documents (including any Information and any Indictment);

    (c)    the Transcript of the Trial (November 13-15, 2001);

(3) Pro Bono Counsel is authorized to provide copies of the documents designated in items (1) and (2) immediately above (the "Requested Documents") to Members of the Clemency Project 2014 Steering and Screening Committees, all of whom have signed a Non-Disclosure Agreement; and

(4) Pro Bono Counsel is authorized to provide copies of the Requested Documents to the Office of the Pardon Attorney, as an attachment to any application for clemency.

It is SO ORDERED, this 21st day of April, 2015.

*[signature]*
United States District Judge

US2008 6682582 2